# Attachment 4

# Proof of Service

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

DJT PROPERTIES, LLC, a Michigan limited
Liability company,

    Plaintiff,

Case No.

HON.

v.

Circuit Court No. 2021-00687-CZ

CITY OF ROCKFORD, a Michigan municipal
Corporation, the CITY OF ROCKFORD
PLANNING COMMISSION, and the CITY
OF ROCKFORD CITY COUNCIL,

    Defendants.
_____

| | |
|---|---|
| Christian E. Meyer (P56037) | Michael S. Bogren (P34855) |
| Gaetan Gerville-Reache (P68718) | Attorney for Defendants |
| Lucy J. McManaman (P84720) | PLUNKETT COONEY |
| Attorneys for Plaintiff | 333 Bridge Street, NW, Suite 530 |
| WARNER NORCROSS & JUDD LLP | Grand Rapids, Michigan  49504 |
| 150 Ottawa Avenue NW | (269) 226-8822 |
| Grand Rapids, Michigan  49503 | mbogren@plunkettcooney.com |
| 616-752-2000 | |

## PROOF OF SERVICE

    Michael S. Bogren, Attorney in the Law Firm of PLUNKETT COONEY says that on the 25th day of February, 2021, I electronically filed **Notice of Filing Removal and Notice of Removal,** to be served upon Kent County Circuit Court Clerk and all attorneys of record, and that such service was made by enclosing same in a sealed envelope with first class postage fully prepaid, addressed to the above, and depositing said envelope and its contents in a receptacle for the U.S. Postal Service and said envelope was addressed to the above at their known address as follows:

| | |
|---|---|
| Clerk of the Court | Christian E. Meyer |
| Kent County Circuit Court | Gaetan Gerville-Reache |
| 180 Ottawa Avenue | Lucy J. McManaman |
| Grand Rapids, Michigan  49503 | WARNER NORCROSS & JUDD LLP |
| | 150 Ottawa Avenue NW |
| | Grand Rapids, Michigan  49503 |

                                                                                         _/s/ Michael S. Bogren_
                                                                                         Michael S. Bogren